IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 1:13-CR-52 |
| | § | (Judge Marcia Crone) Giblin |
| ROBERT WAYNE HOLLMAN | § | |

NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Marcia Crone to whom the following related cases were assigned:

Rogelio Pineda, et al. (1:12-CR-18)

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this 22nd day of May, 2013.

JOHN M. BALES
UNITED STATES ATTORNEY

*Michelle S. Englade*
Michelle S. Englade
Assistant U. S. Attorney
350 Magnolia, Ste. 150
Beaumont, TX 77705
409-839-2538